UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00088-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH BLAU,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, June 5, 2006**, and responses to these motions shall be filed by **Monday, June 19, 2006**.  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, June 26, 2006, at 1:30 p.m.**  It is

    FURTHER ORDERED that a three-day jury trial is scheduled to commence on **Monday, July 10, 2006, at 9:00 a.m.**

    Dated:  May 11, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge